IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GEORGIA-PACIFIC LLC f/k/a
GEORGIA-PACIFIC CORP.                                               PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 4:07CV159-P-B

HORNADY TRUCK LINE, INC. and
LIBERTY MUTUAL FIRE INSURANCE
COMPANY                                                          DEFENDANTS

## ORDER

This cause is before the Court on Liberty Mutual Fire Insurance Company's Motion for Extension of Time [30]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. Liberty Mutual is to file its response and brief in opposition to the plaintiff's pending motion for summary judgment and its own dispositive motion no later than May 30, 2008.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Liberty Mutual's Motion for Extension of Time [30] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that Liberty Mutual is to file its response and brief in opposition to the plaintiff's pending motion for summary judgment and its own dispositive motion no later than May 30, 2008.

SO ORDERED, this the 13th day of May, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE